UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD KLEINHAMMER,       )   CASE NO: CV-08-3843 JFW (JEM)
                           )
        Plaintiff,         )   **JUDGMENT**
                           )
v.                         )
                           )
CALIFORNIA DEPARTMENT OF   )
CORRECTIONS AND            )
REHABILITATION, et al.,    )
                           )
        Defendants.        )
_____)

WHEREAS, the Court having granted Defendant California Department of Justice's motion to dismiss Plaintiff Richard Kleinhammer's "Complaint Under 42 U.S.C Section 1983, (1st, 5th 8th, 13th and 14th Amendments, U.S. Const. Art 1 Section 10) Concerted Harassment, Emotional Distress, Defamation, Permanent Injunction and Declaratory Relief" ("Complaint") as to all claims without leave to amend as set forth in the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge (filed July 30, 2009; Docket No. 78); and

/ / /

WHEREAS, the Court having granted Defendant California Department of Corrections and Rehabilitation and California Board of Parole Hearings' motion to dismiss Plaintiff's Complaint as to all claims without leave to amend as set forth in the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge (filed July 30, 2009; Docket No. 78); and

WHEREAS, the Court having granted the motion to dismiss Plaintiff's "Complaint Under 42 U.S.C. Section 1983, (1st, 5th, 8th, 13th and 14th Amendments, U.S. Const. Art 1 Section 10), Unconstitutional Conviction and Parole Revocation, RICO Racketeering, 18. U.S.C Section 1961 Through 1968, Concerted Harassment, Emotional Distress, Defamation, Permanent Injunction and Declaratory Relief" ("First Amended Complaint") brought by Defendants George Scarborough and Keith Dann as to all Defendants and as to all claims without leave to amend as set forth in the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge (filed September 1, 2010; Docket No. 127); and

WHEREAS, the Court having granted the motion to dismiss Plaintiff's First Amended Complaint brought by Defendants the California Department of Corrections and Rehabilitation, Matthew Cate, Shirley Poe, Edward Freeman, Nancy Silva, Marcie Fontes, Thomas Rodriguez, Karla Tomasini, and Daniel Faye as to all Defendants

except Nancy Silva, Thomas Rodriguez, Karla Tomasini and
Marcie Fontes without leave to amend, and as to all
claims except Claims Five, Seven, Eight, Nine, Twelve and
Thirteen without leave to amend, as set forth in the
Court's Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge (filed
September 1, 2010; Docket No. 127); and

WHEREAS, the Order filed September 1, 2010, gave
Plaintiff leave to amend the Seventh Claim for defamation
as to Defendants Nancy Silva and Thomas Rodriguez, the
Eighth Claim for intentional infliction of emotional
distress as to defendants Nancy Silva, Thomas Rodriguez,
Karla Tomasini and Marcie Fontes, and the Ninth Claim for
conspiracy based on plaintiff's parole revocation as to
Defendants Nancy Silva, Thomas Rodriguez, Karla Tomasini
and Marcie Fontes, and Plaintiff having elected to stand
on the allegations of the First Amended Complaint with
respect to those claims, those claims are dismissed with
prejudice; and

WHEREAS, plaintiff having filed a "Complaint Under 42
U.S.C. Section 1983, (8th Amendments), RICO Racketeering,
18. U.S.C Section 1961 Through 1968, Punitive Damages,
and State Personal Injury" ("Second Amended Complaint")
against Defendants Nancy Silva, Thomas Rodriguez and
Karla Tomasini; and

WHEREAS, the Court having granted Defendants Nancy
Silva, Thomas Rodriguez and Karla Tomasini's Motion for
Summary Judgment as to the First and Second Claims in

Plaintiff's Second Amended Complaint based on the Court's determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on those claims as set forth in the Court's Order Granting Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (filed February 24, 2011; Docket No. 332); and

WHEREAS, the Court having dismissed the Third Claim for Relief in Plaintiff's Second Amended Complaint without prejudice on the grounds that the Court declines to exercise supplemental jurisdiction over that state law claim pursuant to 28 U.S.C. § 1367(c) as set forth in the Court's Order Granting Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (filed February 24, 2011; Docket No. 332);

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1.  Plaintiff Richard Kleinhammer shall recover nothing from any of the named Defendants;

2.  Except for Plaintiff's Third Claim for Relief in the Second Amended Complaint, all Defendants shall have judgment in their favor on all claims;

/ / /

/ / /

/ / /

/ / /

/ / /

3.   Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

DATED: March 15, 2012        _____
                                       JOHN F. WALTER
                             UNITED STATES DISTRICT JUDGE